SO ORDERED.



**TIFFANY & BOSCO** P.A.

Dated: February 24, 2010

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**CHARLES G. CASE, II**
U.S. Bankruptcy Judge

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-29105

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>William F. Gunn and Suzanne Gunn<br>    Debtors.<br>_____<br>The Bank of New York Mellon, fka The Bank of New York, as successor-in-interest to JPMorgan Chase Bank, N.A., as Trustee for Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2005-7<br>        Movant,<br>    vs.<br><br>William F. Gunn and Suzanne Gunn, Debtors; Russell A. Brown, Trustee.<br><br>        Respondents. | No. 2:09-bk-09131-CGC<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket #44) |

This matter having come before the Court for a Preliminary Hearing on February 16, 2010, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, Mark Wesbrooks, and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated May 20, 2005, and recorded in the office of the Maricopa County Recorder wherein The Bank of New York Mellon, fka The Bank of New York, as successor-in-interest to JPMorgan Chase Bank, N.A., as Trustee for Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2005-7 is the current beneficiary and William F. Gunn and Suzanne Gunn have an interest in, further described as:

LOT 608, DYNAMITE MOUNTAIN RANCH SECTION B1, ACCORDING TO BOOK 639 OF MAPS, PAGE 40 AND CERTIFICATE OF CORRECTION RECORDED AT DOCUMENT NO.04-1084488, RECORDS OF MARICOPA COUNTY, ARIZONA.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

_____
UNITED STATES BANKRUPTCY JUDGE